Certificate Number: 02470-NJ-DE-037035841

Bankruptcy Case Number: 22-19176



02470-NJ-DE-037035841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 9, 2022</u>, at <u>10:33</u> o'clock <u>AM EST</u>, <u>Riccardo Ticinelli</u> completed a course on personal financial management given <u>by internet</u> by <u>Isabel C. Balboa, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 12, 2022</u>          By:   <u>/s/Connie Gerhardt</u>

                                                                 Name:   <u>Connie Gerhardt</u>

                                                                 Title:    <u>TENS Instructor</u>