| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
|  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF DEATH OR
# FINDING OF INCOMPETENCY OF A DEBTOR

I, _____, am the

❑ Executor (select if appointed by a will)

❑ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

❑ Other (identify relationship to debtor) _____,

and hereby certify as follows:

1. Debtor, _____ (name of debtor),

   ❑ died on _____ (date).*

   ❑ was declared legally incompetent on _____ (date) by _____
   _____ (insert appropriate court).

2. The debtor's legal representative is _____
   _____
   _____ (if known, include title and contact information).

---

\* PLEASE <u>DO</u> <u>NOT</u> INCLUDE CERTIFICATE OF DEATH

3.  I do ❏ / do not ❏ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: _____

Signature: _____

Print name: _____

Address:  _____

_____

Filed by:    _____
                    Attorney/Other

*new.8/1/2023*